**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marcelle E. West                                CHAPTER 13
                    Debtor(s)

                                                        BKY. NO. 21-21244 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-WWF1, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
24 Jun 2021, 15:51:20, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 6c5d1e86ee73cb09fcb0f840ff8c3ba32f097f18c419bbad0071b737a04e1d44