IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **MARCELLE E. WEST,** | : | Bankruptcy No. **21-21244-CMB** |
| | : | |
| *Debtor,* | : | Related to Doc. No. 46 |
| ================================== | : | |
| **MARCELLE E. WEST**, | : | Hearing Date and Time: |
| | : | |
| *Movant*, | : | |
| vs. | : | |
| | : | |
| **SPECIALIZED LOAN SERVICING, LLC.,** | : | |
| | : | |
| *Respondent,* | : | |

## ORDER

A *Loss Mitigation Order* dated  9/2/2021  , was entered in the above matter at Document No.  35  . On  12/31/2021  , a ***Motion to Extend the Loss Mitigation Period*** was filed by  Debtor  at Document No.  46  .

*AND NOW*, this  12th  day of  January  , 20 22 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including*  February 28 , 20  22  .

FILED
1/12/22 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm* dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                         Case No. 21-21244-CMB

Marcelle E. West                                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                         User: dric                                                         Page 1 of 2

Date Rcvd: Jan 12, 2022                                      Form ID: pdf900                                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marcelle E. West, 2504 Laketon Road, Pittsburgh, PA 15235-2764 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022                                       Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer L. Cerce | on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Park Place Securities  Inc., Asset-Backed Pass-Through Certificates, Series 2004-WWF1, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee mmiksich@kmllawgroup.com |
| Michael S. Geisler | on behalf of Debtor Marcelle E. West m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: dric Page 2 of 2
Date Rcvd: Jan 12, 2022 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7