IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MARCELLE E. WEST, | : | Bankruptcy No. 21-21244 CMB |
| Debtor, | : | Chapter 13 |
| | : | Related to Doc. No. 50 |
| MARCELLE E. WEST, | : | |
| Movant, | : | |
| v | : | |
| | : | |
| SPECIALIZED LOAN SERVICING, LLC., | : | |
| Respondent. | : | |

## ORDER

AND NOW, this **10th** day of **March, 2022**, it is hereby **ORDERED, ADJUDGED and DECREED** that a hearing on the *Motion to Extend the Loss Mitigation Period* is scheduled on *April 26, 2022* at *11:00 A.M.* via the *ZOOM Video Conference* Application ("Zoom"). To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

*It is FURTHER ORDERED that the Loss Mitigation Period is extended up to and including April 26, 2022.*

BY THE COURT:

FILED
3/10/22 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmr
Chief United States Bankruptcy Judge