**Date: 04/26/2022 11:00 am**

**In re:  Marcelle E. West**

        **Bankruptcy No. 21-21244-CMB**
        **Chapter: 13**
        **Doc. # 50**

**Appearances: Kate DeSimone, Michael S. Geisler, Rebecca A. Solarz**

**Nature of Proceeding: #50 Motion to Extend the Loss Mitigation Period**

**Additional Pleadings:  #51 Objection by Park Place Securities, Inc.**

**Judge's Notes:**
  -Debtor's counsel withdrew motion on the record.
  OUTCOME: Motion withdrawn.

        **Carlota Böhm**
        **Chief U.S. Bankruptcy Judge**

        FILED
        4/27/22 9:19 am
        CLERK
        U.S. BANKRUPTCY
        COURT - WDPA