Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Marcelle E. West** | : | Case No. 21−21244−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Doc. No. 55 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 13th of March, 2023,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Marcelle E. West  
    Debtor

Case No. 21-21244-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Mar 13, 2023      Form ID: 309      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcelle E. West, 2504 Laketon Road, Pittsburgh, PA 15235-2764 |
| cr | + | Park Place Securities, Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Wilkinsburg School District and Borough of Wilkins, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15379000 | + | Borough of Wilkinsburg, 605 Ross Avenue, Pittsburgh, PA 15221-2198 |
| 15379004 | | CVCS, P.O. Box 164, Columbus, OH 43216 |
| 15379003 | | County of Allegheny, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 15386357 | | Duquesne Light Company, c/o Keri P. Ebeck, Esquire, Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15379005 | | Duquesne Light Company, c/o Allison L. Carr, Esquire, Bernstein-Burkley, P.C., Pittsburgh, PA 15219-1900 |
| 15379006 | + | Forbes Regional Hospital, 2566 Haymaker Road, Monroeville, PA 15146-3517 |
| 15379008 | + | NY State Higher Educ. Svcs. Corp., 99 Washington Ave., Albany, NY 12255-0002 |
| 15379009 | + | Parker McKay, P.A., 9000 Midlantic Drive, Suite 3000, P.O. Box 5054, Mount Laurel, NJ 08054-5054 |
| 15379010 | + | Peoples Natural Gas Company, LLC, 375 N. Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 15386363 | + | Wilkinsburg Borough, c/o Maiello, Brungo & Maiello, LLP., Foxpointe II, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15379013 | + | Wilkinsburg School District, c/o Maiello Brungo & Maiello, Foxpointe II, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15379014 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 13 2023 23:34:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15386356 | | EDI: ATLASACQU | Mar 14 2023 03:32:00 | Atlas Acquisitions, LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 15379001 | + | EDI: COMCASTCBLCENT | Mar 14 2023 03:32:00 | Comcast, 300 Corliss Street, Pittsburgh, PA 15220-4864 |
| 15379002 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 13 2023 23:34:00 | Consumer Portfolio Services, Inc, PO Box 57071, Irvine, CA 92619-7071 |
| 15399262 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 13 2023 23:35:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15386358 | | EDI: JEFFERSONCAP.COM | Mar 14 2023 03:32:00 | Jefferson Capital Services, LLC, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 15394886 | | EDI: JEFFERSONCAP.COM | Mar 14 2023 03:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15379007 | | Email/Text: signed.order@pfwattorneys.com | Mar 13 2023 23:34:00 | New Century Financial Services, Inc., c/o Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 15380679 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2023 23:40:02 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15386361 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2023 23:39:56 | PYOD, LLC, its successors and assigns as, assignee of Roundup Funding, LLC., c/o Resurgent Capital Services, P.O. Box 19008, Greenville, SC 29602-9008 |
| 15386359 | | EDI: PENNDEPTREV | Mar 14 2023 03:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15386359 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2023 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15383829 | + | Email/Text: ebnpeoples@grblaw.com | Mar 13 2023 23:34:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15386360 | + | Email/Text: ebnpeoples@grblaw.com | Mar 13 2023 23:34:00 | Peoples Natural Gas Company, LLC., c/o S. James Wallace, Esquire, GRB Law, Frick Bldg, 437 Grant Street, 14th Fl., Pittsburgh, PA 15219-6101 |
| 15379011 | | EDI: Q3G.COM | Mar 14 2023 03:32:00 | Quantum3 Group, LLC as agent for, Sadino Funding, LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15385515 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 13 2023 23:34:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15379012 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 13 2023 23:34:00 | U.S. Bank, N.A., c/o Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15394820 | | EDI: AIS.COM | Mar 14 2023 03:32:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15386362 | | EDI: AIS.COM | Mar 14 2023 03:32:00 | Verizon, by American InfoSource as agent, P.O. Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Park Place Securities, Inc., Asset-Backed Pass-Thr |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15389157 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15386886 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Mar 13, 2023 | Form ID: 309 | Total Noticed: 33

Date: Mar 15, 2023                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|

**Brian Nicholas**
on behalf of Creditor Park Place Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-WWF1, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee bnicholas@kmllawgroup.com

**Jennifer L. Cerce**
on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

**Keri P. Ebeck**
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

**Michael S. Geisler**
on behalf of Debtor Marcelle E. West m.s.geisler@att.net
msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour**
cmecf@chapter13trusteewdpa.com

**S. James Wallace**
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7