Certificate Number: 15317-PAW-DE-037276287

Bankruptcy Case Number: 21-21244



15317-PAW-DE-037276287

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 20, 2023, at 11:23 o'clock AM PDT, Marcelle E West completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: March 20, 2023

By: /s/Christian Dayto

Name: Christian Dayto

Title: Credit Counselor