**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MARCELLE E. WEST | Case No.:21-21244 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/22/2021 and confirmed on 07/20/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,972.01 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,972.01 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,167.30 | |
| Trustee Fee | 673.79 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,841.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PARK PLACE SECURITIES INC ET AL | 0.00 | 2,799.37 | 0.00 | 2,799.37 |
| Acct: 3551 | | | | |
| PARK PLACE SECURITIES INC ET AL | 0.00 | 13,635.16 | 0.00 | 13,635.16 |
| Acct: 3551 | | | | |
| PARK PLACE SECURITIES INC ET AL | 72,372.14 | 0.00 | 0.00 | 0.00 |
| Acct: 3551 | | | | |
| WILKINSBURG BOROUGH (RE) | 798.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6L62 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: G189 | | | | |
| WILKINSBURG BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: G189 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: G189 | | | | |
| WILKINSBURG BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: G189 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: G189 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| WILKINSBURG BOROUGH (MUN SVC FEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: G189 | | | | |
| WILKINSBURG BOROUGH (RE) | 857.99 | 0.00 | 0.00 | 0.00 |
| Acct: 6L62 | | | | |
| WILKINSBURG BOROUGH (MUN SVC FEE | 4,875.99 | 0.00 | 0.00 | 0.00 |
| Acct: 6L62 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 16,434.53 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARCELLE E. WEST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S GEISLER ESQ | 3,513.00 | 3,167.30 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 696.39 | 0.00 | 696.39 |
| Acct: 7612 | | | | |
| | | | | 696.39 |
| **Unsecured** | | | | |
| ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY(*) | 794.72 | 0.00 | 0.00 | 0.00 |
| Acct: 6622 | | | | |
| FORBES REGIONAL HOSPTIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,112.28 | 0.00 | 0.00 | 0.00 |
| Acct: 7821 | | | | |
| NEW CENTURY FINANCIAL SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NYS HIGHER EDUCATION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 714.53 | 0.00 | 0.00 | 0.00 |
| Acct: 3102 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 7,736.86 | 0.00 | 0.00 | 0.00 |
| Acct: 1064 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PYOD LLC | 783.13 | 0.00 | 0.00 | 0.00 |
| Acct: 7943 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8770 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,843.26 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PARKER MCCAY PA | 0.00 | 0.00 | 0.00 | 0.00 |

21-21244　　**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**　　Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | | \*\*\*N O N E\*\*\* | | | |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 17,130.92 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 78,904.12 | |
| UNSECURED | 12.984.78 | |

Date: 06/05/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com